ACCEPTED
Filed for Record          01-14-00874-CV
10/28/2014 3:00:31 PM  1st COURT OF APPEALS
Rhonda Barchak, District Clerk  HOUSTON, TEXAS
Brazoria County, Texas  3/6/2015 1:05:06 PM
74587                     CHRISTOPHER PRINE
Jenny Phillips, Deputy              CLERK

**NOTICE: THIS DOCUMENT**
**CONTAINS SENSITIVE DATA**

NO. **74587**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/6/2015 1:05:06 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **IN THE INTEREST OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| **R.R.H., M.D.J. AND M.K.** | § | **300TH JUDICIAL DISTRICT** |
| | § | |
| **CHILDREN** | § | **BRAZORIA COUNTY, TEXAS** |

## NOTICE OF APPEAL

This Notice of Appeal is filed by **DESTINYE GWEN KELLEY**, respondent, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.      The trial court, cause number, and style of this case are as shown in the caption above.

2.      The judgment or order appealed from was signed on October 17, 2014.

3.      **DESTINYE GWEN KELLEY** desires to appeal from all portions of the judgment.

4.      This appeal is being taken to the _____ Court of Appeals.

5.      This notice is being filed **DESTINYE GWEN KELLEY**.

6.      This is an accelerated appeal.  This is a parental termination case.

Respectfully submitted,

*SCOTT M. BROWN & ASSOC.*

Blair Parker
State Bar No. 24075829
9330 Broadway, Ste. B308
Pearland, TX 77584
Tel: (832) 554-1283
Fax: (832) 548-9119
Attorney for Respondent
E-Mail: blair@smbattorney.com

Page **1** of **2**

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5

of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES
111 E. Locust, Suite 408-A
Angleton, Texas 77515
Method of service:    by fax
Date of service: October 28th , 2014

Party: MICHAEL DWAYNE JONES
Address of service:    309 Nasturtium St., Lake Jackson, TX 77566
Method of service:    by mail
Date of service:    October 28th , 2014

Party: RICO RONDALE HALL, SR.
Address of service:    400 Flag Lake Drive, Apt. 119, Lake Jackson, TX 77566
Method of service:    by mail
Date of service:    October 28th , 2014

Party: MARQUIS STYLE RAND
Address of service:    4451 Lakeshore Drive, Shreveport, LA 71109
Method of service:    by mail
Date of service:    October 28th, 2014

Party: OFFICE OF ATTORNEY GENERAL
Address of service:    409-986-9663
Method of service:    by fax
Date of service:    October 28th , 2014

_____
Blair Parker
Attorney for Respondent